Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of Columbia**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Monee** <br> First name <br><br> **Marie** <br> Middle name <br><br> **Thomas** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) | **Kyle** <br> First name <br><br> **Raye** <br> Middle name <br><br> **Martin** <br> Last name <br><br> _____ <br> Suffix (Sr., Jr, II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Business name (if applicable) <br><br> _____ <br> Business name (if applicable) |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **9 7 0 3** <br> OR <br> **9**xx - xx - __ __ __ __ | xxx - xx - **8 2 2 1** <br> OR <br> **9**xx - xx - __ __ __ __ |

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Monee** | **Marie** | **Thomas** | |
| Debtor 2 | **Kyle** | **Raye** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br><br>__ __ - __ __ __ __ __ __ __<br>EIN |
| **5.** | **Where you live** | **1331 Maryland Avenue, S.W. 612**<br>Number  Street<br><br>_____<br><br>**Washington, DC 20024**<br>City                State   ZIP Code<br><br>**District of Columbia**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number  Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State   ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number  Street<br><br>_____<br><br>_____<br>City                State   ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number  Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                State   ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408)<br><br>_____<br>_____<br>_____<br>_____ | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408)<br><br>_____<br>_____<br>_____<br>_____ |

| Debtor 1 | **Monee** | **Marie** | **Thomas** | |
|---|---|---|---|---|
| Debtor 2 | **Kyle** | **Raye** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.

☑ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | **Southern District of Texas** | | **06/30/2025** | | **25-33789** | |
| | | | MM / DD / YYYY | | | |
| | District **Southern District of Texas** | | When **06/30/2025** | | Case number **25-33789** | |
| | | | MM / DD / YYYY | | | |
| | District _____ | | When _____ | | Case number _____ | |
| | | | MM / DD / YYYY | | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
MM / DD / YYYY

**11. Do you rent your residence?**

☐ No. Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

    ☑ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Monee** | **Marie** | **Thomas** | |
|---|---|---|---|---|
| Debtor 2 | **Kyle** | **Raye** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____     _____     _____
City                          State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Monee** | **Marie** | **Thomas** | |
| Debtor 2 | **Kyle** | **Raye** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white;">Part 4:</div> Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard? _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property? _____
Number    Street

_____
City    State    ZIP Code

| Debtor 1 | **Monee** | **Marie** | **Thomas** | |
|---|---|---|---|---|
| Debtor 2 | **Kyle** | **Raye** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Monee** | **Marie** | **Thomas** | |
|---|---|---|---|---|
| Debtor 2 | **Kyle** | **Raye** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ No. Go to line 16b.
- ❏ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ❏ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ❏ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ❏ No
  - ❏ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ❏ 50-99
- ❏ 100-199
- ❏ 200-999
- ❏ 1,000-5,000
- ❏ 5,001-10,000
- ❏ 10,001-25,000
- ❏ 25,001-50,000
- ❏ 50,000-100,000
- ❏ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ❏ $0-$50,000
- ❏ $50,001-$100,000
- ❏ $100,001-$500,000
- ❏ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ❏ $10,000,001-$50 million
- ❏ $50,000,001-$100 million
- ❏ $100,000,001-$500 million
- ❏ $500,000,001-$1 billion
- ❏ $1,000,000,001-$10 billion
- ❏ $10,000,000,001-$50 billion
- ❏ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ❏ $0-$50,000
- ❏ $50,001-$100,000
- ❏ $100,001-$500,000
- ❏ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ❏ $10,000,001-$50 million
- ❏ $50,000,001-$100 million
- ❏ $100,000,001-$500 million
- ❏ $500,000,001-$1 billion
- ❏ $1,000,000,001-$10 billion
- ❏ $10,000,000,001-$50 billion
- ❏ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Monee Marie Thomas**
Monee Marie Thomas, Debtor 1
Executed on **10/01/2025**
MM/ DD/ YYYY

X **/s/ Kyle Raye Martin**
Kyle Raye Martin, Debtor 2
Executed on **10/01/2025**
MM/ DD/ YYYY

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Monee** | **Marie** | **Thomas** | |
| Debtor 2 | **Kyle** | **Raye** | **Martin** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Brett Weiss**  Date **10/01/2025**
Signature of Attorney for Debtor     MM / DD / YYYY

**Brett Weiss**
Printed name

**The Weiss Law Group**
Firm name

**8843 Greenbelt Road 299**
Number     Street

**Greenbelt**                         **MD**     **20770**
City                                  State    ZIP Code

Contact phone **(301) 924-4400**     Email address **brett@BankruptcyLawMaryland.com**

**A404420**                           **DC**
Bar number                            State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Columbia

**In re**   Thomas, Monee Marie

       Martin, Kyle Raye   Case No. _____

**Debtor**   Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................. **$1,000.00**

   Prior to the filing of this statement I have received ..................................................................... **$1,000.00**

   Balance Due ................................................................................................................................ **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)   **Marilyn Garner, Esq., former Texas counsel to the Debtors**

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Representation in Adversary Proceedings; 2004 Examinations; Motions to Dismiss or Deny Discharge; conversion to different chapters; representation in contested evidentiary hearings exceeding one half hour; Motions to Lift Stay; Consent Orders; Motions to Sell or Borrow; Objections to Proofs of Claim; Motions to Value/Determine Secured Status; Motions to Avoid Liens, and similar matters.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **10/01/2025** | **/s/ Brett Weiss** |
| Date | Brett Weiss |
| | *Signature of Attorney* |
| | Bar Number: A404420 |
| | The Weiss Law Group |
| | 8843 Greenbelt Road 299 |
| | Greenbelt, MD 20770 |
| | Phone: (301) 924-4400 |
| | **The Weiss Law Group** |
| | *Name of law firm* |

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA
WASHINGTON D. C. DIVISION

IN RE: **Thomas, Monee Marie**  
**Martin, Kyle Raye**

CASE NO

CHAPTER **13**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **10/01/2025**  Signature  **/s/ Monee Marie Thomas**
Monee Marie Thomas, Debtor

Date **10/01/2025**  Signature  **/s/ Kyle Raye Martin**
Kyle Raye Martin, Joint Debtor

1331 Residences
1331 Maryland Ave SW
Washington, DC 20024

AES/NCT
P.O. Box 2461
Harrisburg, PA 17105-2461

Ally Bank c/o AIS Portfolio
4515 Santa Fe Ave.
Oklahoma City, OK 73118

American Express
PO Box 6031
Carol Stream, IL 60197-6031

American Express
PO BOX 981535
El Paso, TX 79998

Apex Cardmember Services
P.O. Box 332509
Murfreesboro, TN 37133-2509

Balboa Capital
575 Anton Blvd. 1080
Costa Mesa, CA 92626

Bankers Healthcare, LLC
201 E. Las Olas Blvd. 2450 2450
Fort Lauderdale, FL 33301

Barclays Bank Delaware
PO Box 8833
Wilmington, DE 19899

BHG Financial
201 E. Las Olas Blvd. 2450
Fort Lauderdale, FL 33301

Cali Law Office, LLC
201 Solar Street
Syracuse, NY 13204

Capital One
PO Box 60519
City of Industry, CA 91716-0519

Capital One Bank USA
P.O. Box 31293
Salt Lake City, UT 84131-1293

Care Credit/Synchrony Bank
PO Box 71715
Philadelphia, PA 19176-1715

CCMR3
3185 S. Clinton Street 400 & 500
Syracuse, NY 13202

Chase Auto Finance
AZ101191 AZ101191
201 N Central Ave
Phoenix, AZ 85004-0073

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873


Cube Smart Storage
1202 Shepherd Dr.
Houston, TX 77007


Dept of Education/EDFinancial
PO Box 36008
Knoxville, TN 37930-6008


Harris County Appraisal District
13013 Northwest Freeway
Houston, TX 77040


Harris County Tax Assessor
1001 Preston Street
Houston, TX 77002-1839


HM General Contractors
c/o Kim JB Benjamin
18961 Santa Maria Dr.
Baton Rouge, LA 70809


J A M & Associates, LLC
P.O. Box 1112
Havre De Grace, MD 21078-1112


Modernizing Medicine, Inc.
4850-Rex Avenue 200
Boca Raton, FL 33431

Mohela  
PO Box 9533  
Wilkes-Barre, PA 18773-9533

Nelnet (Dept of Ed)  
P.O. Box 82561  
Lincoln, NE 68501

One Main Financial  
P.O. Box 1010  
Evansville, IN 47706

Padfield & Stout, LLP  
Attn: Owen C. Badcock  
100 Throckmorton Street 700  
Fort Worth, TX 76102

Sallie Mae  
P.O. Box 3319  
Wilmington, DE 19804-4319

Selene Finance  
P.O Box 8619  
Philadelphia, PA 19101-8619

Square Financial Services  
3165 E. Millrock Dr. 160  
Salt Lake City, UT 84121

Truist Bank  
PO Box 580048  
Charlotte, NC 28258

Trustmark National Bank
P.O. Box 1182
Jackson, MS 39215-1182


Trustmark National Bank
P.O. Box 1928
Brandon, MS 39043-1928


U.S. Small Business Administration
409 3rd Street N.W.
Washington, DC 20416-0000


Upstart/Finwise
P.O. Box 1503
San Carlos, CA 94070


US Small Business Association
14925 Kingsport Rd.
Fort Worth, TX 76155