UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re:  Case No. 25-00448-ELG

**Monee Marie Thomas**
**Kyle Raye Martin**
**Debtors**

Chapter 13

## ORDER TO SHOW CAUSE

The Debtor had until 10/15/2025 to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 7).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **10/22/2025 at 9:30AM and at Courtroom 1 and via video conference (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be dismissed **and/or** why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: CA
Dated: 10/17/2025

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.